### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| THERESA KOTHSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16-cv-00456-TWP-DML |
| | ) |
| NAVIENT SOLUTIONS, INC. *f/k/a* | ) |
| SALLIE MAE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, THERESA KOTHSTEIN, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

August 19, 2016         By: /s/ Michael S. Agruss_____
                        Michael S. Agruss
                        IL State Bar #: 6281600
                        Agruss Law Firm, LLC
                        4611 N. Ravenswood Ave.
                        Suite 201
                        Chicago, IL 60640
                        Tel: 312-224-4695
                        Fax: 312-253-4451
                        michael@agrusslawfirm.com
                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On August 19, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Roth, at broth@sessions.legal.

                                                By: /s/ Michael S. Agruss\_\_\_\_\_
                                                           Michael S. Agruss